ORIGINAL

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
Deputy City Attorney
Fox Plaza
1390 Market Street, 6TH Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3856
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE OFFICER BOBBY CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHANE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, POLICE OFFICER BOBBY CHEUNG, POLICE OFFICER DOES 1-17, in their individual and official capacities, and DOES 18-100, Jointly and Severally,<br><br>Defendants. | **Case No. C 04-1108 TEH**<br><br>**REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

///

///

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

Dated: 6-28-05

DAVID HELBRAUN
Attorneys for Plaintiff

Dated: 6/29/05

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
EVAN H. ACKIRON
Deputy City Attorney

By:______________________
EVAN H. ACKIRON
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SAN FRANCISCO POLICE OFFICER
BOBBY CHEUNG